IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MICHAEL T. SLOANE, CRUISE CONNECTIONS, INC., TRACEY KELLY, SUSAN EDWARDS, and CRUISE CONNECTIONS CHARTER MANAGEMENT 1, LP, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:08CV381 |
| DENNIS LALIBERTE, NEWWEST TRAVEL AND CRUISES LTD., NEWWEST TRAVEL LTD., and NEWWEST SPECIAL PROJECTS LP, | ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER OF APPROVAL

The Court has reviewed the Joint Rule 26(f) Report submitted by the parties. The Report is approved without modification.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: June 23, 2009